## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:
ANTHONY SMITH, SR.
ELIZABETH SMITH
DEBTORS

BANKRUPTCY NO. 08-12113
SECTION B

CHAPTER 13

## AMENDED MOTION TO AMEND CHAPTER 13 PLAN AFTER
## CONFIRMATION

**NOW INTO COURT** come ANTHONY SMITH, SR. and ELIZABETH SMITH

(debtors) through undersigned counsel, who moves this Honorable Court to allow them to

amend their confirmed Chapter 13 plan, for the following reasons, to wit:

1.

The debtors filed the instant case on August 28, 2008 and their plan was

confirmed in due course, allowing for payments to unsecured creditors at 26.00 % or

$10,116.40 of their allowed claims over a period of 60 months. The debtors have been

granted one amendment during the course of their plan.

2.

The Debtors are amending their plan to add post-petition mortgage arrears for

Wells Fargo Bank in the amount of $2,692.97 and for Chase in the amount of $4,400.00.

Debtors fell behind on their mortgage payments because the debtor's income has

decreased. The amount already included in the plan for Wells Fargo is $4,054.99 for a

total to be paid in the plan of $6,747.96 and the amount already included in the plan for

Chase is $3,199.30 for a total to be paid of **$7,599.30**. The debtors have committed to

decreasing normal monthly expenses in order to resume their mortgage payments.

3.

Debtors have amended their plan, the original of which is attached hereto and incorporated herein as if copied in extenso, to reflect payments over 60 months to allowed proof of claims with the result that the percentage payments to unsecured remains at 36% or $14,043.66.

4.

Under the amended plan, a liquidation analysis indicates a 35.4 % or $13,761.41 payout to unsecured creditors were the case converted to a Chapter 7.

**WHEREFORE** debtors pray that, after due notice and hearing hereon, that this Honorable Court allow debtors to amend their confirmed plan to include post-petition mortgage arrears of $2,692.97 for Wells Fargo and $4.400.00 for Chase and to reflect the plan payment decreases from $835.00 to $726.00 while the term of the plan remains at 60 months and the percentage payout to the unsecured creditors remains at 36% or $14,053.66 over the life of the plan, and request an order from this Honorable Court reflecting the requested amendment to their plan. Debtors also request that Wells Fargo and Chase be required to file an amended proof of claim within 10 days of the motion being granted.

Timothy P. Kirkpatrick (20251)
Mark Needham (9914)
Kirkpatrick & Associates, LLC
3501 N. Causeway Boulevard
Suite 300
Metairie, LA 70002